# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| 301, 712, 2103 AND 3151 LLC; 12 TWENTY-SECOND AND 1827 LASALLE LLC; 137 EAST SEVENTEENTH STREET LLC; 1522 LASALLE AVENUE LLC; 1728 SECOND AVENUE AND 1801 THIRD AVENUE LLC; 1806 AND 1810 THIRD AVENUE LLC; 1816, 1820 AND 1830 STEVENS AVENUE LLC; 1817 SECOND AVENUE LLC; 1900 AND 1906 CLINTON AVENUE LLC; 1924 STEVENS AVENUE LLC; 2020 NICOLLET AVENUE LLC; 2101 THIRD AVENUE LLC; 2323 AND 2401 CLINTON AVENUE LLC; 2417, 2423 AND 2439 BLAISDELL AVENUE LLC; 2427 BLAISDELL AND 2432 FIRST AVENUE LLC; 25 TWENTY-FIFTH STREET LLC; 2535 CLINTON AVENUE LLC; 2545 BLAISDELL AVENUE LLC; 2609 HENNEPIN AVENUE LLC; 2633 PLEASANT AVENUE LLC; 2720 PILLSBURY AVENUE LLC; 2738 AND 2750 PILLSBURY AVENUE LLC; 2809 PLEASANT AVENUE LLC; 600 FRANKLIN AVENUE LLC; AMY SMITH; BLAISDELL 3322, LLC; BLOOMINGTON 4035, LLC; BRYANT AVENUE PROPERTIES LLC; COLFAX APARTMENTS LLC;  DUPONT PROPERTIES LLC; FLETCHER PROPERTIES, INC.; FRANKLIN VILLA PARTNERSHIP, L.L.P.; FREMONT APARTMENTS, LLC; FREMONT TERRACE APARTMENTS, L.L.C.; GARFIELD COURT PARTNERSHIP, L.L.P.; GASPARRE NEW BOSTON SQUARE, LLC; GATEWAY REAL ESTATE, L.L.C.; JEC PROPERTIES, LLC; LAGOON APARTMENTS, LLC; LL LLC; | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | CIVIL ACTION NO. 0:20-cv-01904 (PAM/BRT)<br><br>**DECLARATION OF MARK JACOBSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

NORTHERN GOPHER ENTERPRISES,
INC.; PATRICIA L. FLETCHER, INC.; and
RAY PETERSON,

                    Plaintiffs,

    v.

CITY OF MINNEAPOLIS,

                    Defendant.

    I, Mark Jacobson, declare under penalty of perjury as follows:

    1.      I submit this Declaration in support of Plaintiffs' Motion for Preliminary

Injunction.  The following statements contained in this Declaration are made as a product

of my personal knowledge and are true and correct to the best of my knowledge and

understanding.  If asked to testify regarding each fact presented in this Declaration, my

testimony would be as presented herein.

    2.      I am an attorney with the law firm of Cozen O'Connor ("Cozen"), and I am

duly licensed to practice law in the State of Minnesota and before this Honorable Court.

    3.      Attached hereto as Exhibit A is a true and correct copy of Minneapolis City

Ordinance § 244.2030.

    4.      Attached hereto as Exhibit B is a true and correct copy of the U.S.

Department of Justice, Office of Justice, Bureau of Justice Statistics' Report of a Study

entitled "Recidivism of Prisoners Released in 30 States in 2005: Patterns from 2005 to

2010."

5.      Attached hereto as Exhibit C is a true and correct copy of the U.S.

Department of Justice, Office of Justice, Bureau of Justice Statistics' Report of a Study

entitled "Recidivism of Sex Offenders Released from State Prison: A 9-Year Follow-Up

(2005-14)."


/s/ Mark Jacobson
Mark Jacobson

Date:  September 8, 2020