UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

301, 712, 2103, and 3151 LLC, et al.,

          Plaintiffs,

vs.

City of Minneapolis,

          Defendant.

Civ. No. 20-1904 (PAM/BRT)

**ORDER**

---

This matter is before the Court on the Stipulation for an Extension of Time to Respond to the Complaint. (Doc. No. 61.)

Based on all the filings, records, and proceedings herein, **IT IS HEREBY ORDERED** that the time for Defendant City of Minneapolis to answer or otherwise respond to the Complaint is extended to **October 14, 2020**.

Dated: September 29, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge