# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| 301, 712, 2103 AND 3151 LLC; 12 TWENTY-SECOND AND 1827 LASALLE LLC; 137 EAST SEVENTEENTH STREET LLC; 1522 LASALLE AVENUE LLC; 1728 SECOND AVENUE AND 1801 THIRD AVENUE LLC; 1806 AND 1810 THIRD AVENUE LLC; 1816, 1820 AND 1830 STEVENS AVENUE LLC; 1817 SECOND AVENUE LLC; 1900 AND 1906 CLINTON AVENUE LLC; 1924 STEVENS AVENUE LLC; 2020 NICOLLET AVENUE LLC; 2101 THIRD AVENUE LLC; 2323 AND 2401 CLINTON AVENUE LLC; 2417, 2423 AND 2439 BLAISDELL AVENUE LLC; 2427 BLAISDELL AND 2432 FIRST AVENUE LLC; 25 TWENTY-FIFTH STREET LLC; 2535 CLINTON AVENUE LLC; 2545 BLAISDELL AVENUE LLC; 2609 HENNEPIN AVENUE LLC; 2633 PLEASANT AVENUE LLC; 2720 PILLSBURY AVENUE LLC; 2738 AND 2750 PILLSBURY AVENUE LLC; 2809 PLEASANT AVENUE LLC; 600 FRANKLIN AVENUE LLC; AMY SMITH; BLAISDELL 3322, LLC; BLOOMINGTON 4035, LLC; BRYANT AVENUE PROPERTIES LLC; COLFAX APARTMENTS LLC; COLFAX VILLAS I, LLC; DUPONT PROPERTIES LLC; FLETCHER PROPERTIES, INC.; FRANKLIN VILLA PARTNERSHIP, L.L.P.; FREMONT APARTMENTS, LLC; FREMONT TERRACE | Case No. 0:20-cv-01904 (PAM/BRT)<br><br>**JOINT STATUS REPORT REGARDING PROGRESS OF APPEAL** |

APARTMENTS, L.L.C.; GARFIELD COURT PARTNERSHIP, L.L.P.; GASPARRE NEW BOSTON SQUARE, LLC; GATEWAY REAL ESTATE, L.L.C.; JEC PROPERTIES, LLC; LAGOON APARTMENTS, LLC; LL LLC; NORTHERN GOPHER ENTERPRISES, INC.; PATRICIA L. FLETCHER, INC.; and RAY PETERSON,

        Plaintiffs,

v.

CITY OF MINNEAPOLIS,

        Defendant.

Pursuant to the Court's Order dated December 16, 2020 (Dkt. No. 83), Plaintiffs and Defendant hereby jointly submit the following status report regarding the progress of Plaintiffs' Appeal pending before the United States Court of Appeals for the Eighth Circuit (Appeal No. 20-3493). Plaintiffs' Appeal was docketed on December 1, 2020 and Plaintiffs filed their Appellate Brief with Addendum and Joint Appendix on January 28, 2021. Defendant filed its Appellee Brief on April 1, 2021. Plaintiffs filed their Reply Brief on June 2, 2021. The Parties presented oral arguments on October 20, 2021 and are awaiting a decision from the Court.

In accordance with the Court's Order, the parties will submit another status report within ninety (90) days of the filing of this report, or by June 6, 2022, regarding the progress of the appeal.

Respectfully submitted,

| | |
|---|---|
| COZEN O'CONNOR | JAMES R. ROWADER, JR.<br>City Attorney |
| */s/ Mark Jacobson*<br>Mark Jacobson (#0188943)<br>E-mail: mjacobson@cozen.com<br>Steven Katkov (#0202769)<br>E-mail: skatkov@cozen.com<br>Cassandra M. Jacobsen (#0400120)<br>E-mail: cjacobsen@cozen.com<br>33 South Sixth Street, Suite 3800<br>Minneapolis, MN 55402<br>Telephone: 612.260.9000<br><br>Robert Hayes (PA #33099)<br>(admitted *pro hac vice*)<br>E-mail: rhayes@cozen.com<br>Calli Padilla (PA #312102)<br>(admitted *pro hac vice*)<br>E-mail: cpadilla@cozen.com<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>Telephone: 215-665-2000<br><br>*Attorneys for Plaintiffs* | */s/ Brian S. Carter*<br>Brian S. Carter (#390613)<br>Assistant City Attorney<br>Minneapolis City Attorney's Office<br>City Hall, Room 210<br>350 South Fifth Street<br>Minneapolis, MN 55415<br>(612) 673-2063<br>E-mail:<br>brian.carter@minneapolismn.gov<br><br>*Attorneys for Defendant* |

Dated: March 8, 2022