UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| 301, 712, 2103 AND 3151 LLC; 12 TWENTY-SECOND AND 1827 LASALLE LLC; 137 EAST SEVENTEENTH STREET LLC; 1522 LASALLE AVENUE LLC; 1728 SECOND AVENUE AND 1801 THIRD AVENUE LLC; 1806 AND 1810 THIRD AVENUE LLC; 1816, 1820 AND 1830 STEVENS AVENUE LLC; 1817 SECOND AVENUE LLC; 1900 AND 1906 CLINTON AVENUE LLC; 1924 STEVENS AVENUE LLC; 2020 NICOLLET AVENUE LLC; 2101 THIRD AVENUE LLC; 2323 AND 2401 CLINTON AVENUE LLC; 2417, 2423 AND 2439 BLAISDELL AVENUE LLC; 2427 BLAISDELL AND 2432 FIRST AVENUE LLC; 25 TWENTY-FIFTH STREET LLC; 2535 CLINTON AVENUE LLC; 2545 BLAISDELL AVENUE LLC; 2609 HENNEPIN AVENUE LLC; 2633 PLEASANT AVENUE LLC; 2720 PILLSBURY AVENUE LLC; 2738 AND 2750 PILLSBURY AVENUE LLC; 2809 PLEASANT AVENUE LLC; 600 FRANKLIN AVENUE LLC; AMY SMITH; BLAISDELL 3322, LLC; BLOOMINGTON 4035, LLC; BRYANT AVENUE PROPERTIES LLC; COLFAX APARTMENTS LLC; COLFAX VILLAS I, LLC; DUPONT PROPERTIES LLC; FLETCHER PROPERTIES, INC.; FRANKLIN VILLA PARTNERSHIP, L.L.P.; FREMONT APARTMENTS, LLC; FREMONT TERRACE APARTMENTS, L.L.C.; GARFIELD COURT PARTNERSHIP, L.L.P.; GASPARRE NEW BOSTON SQUARE, LLC; GATEWAY REAL ESTATE, L.L.C.; JEC PROPERTIES, LLC; LAGOON APARTMENTS, LLC; LL LLC; NORTHERN GOPHER | Case No. 0:20-cv-01904 (PAM/DJF)<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

ENTERPRISES, INC.; PATRICIA L. FLETCHER, INC.; and RAY PETERSON,

        Plaintiffs,

v.

CITY OF MINNEAPOLIS,

        Defendant.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed without prejudice and without costs to any party.

| COZEN O'CONNOR | LINDSEY OLSON<br>City Attorney |
|---|---|
| */s/ Mark Jacobson*<br>Mark Jacobson (#0188943)<br>E-mail: mjacobson@cozen.com<br>Steven Katkov (#0202769)<br>E-mail: skatkov@cozen.com<br>Cassandra M. Jacobsen (#0400120)<br>E-mail: cjacobsen@cozen.com<br>33 South Sixth Street, Suite 3800<br>Minneapolis, MN 55402<br>Telephone: 612.260.9000<br><br>*Attorneys for Plaintiffs* | */s/Brian S. Carter*<br>Brian S. Carter (#390613)<br>Assistant City Attorney<br>Minneapolis City Attorney's Office<br>City Hall, Room 210<br>350 South Fifth Street<br>Minneapolis, MN 55415<br>(612) 673-2063<br>E-mail: brian.carter@minneapolismn.gov<br><br>*Attorneys for Defendant* |

Dated:   December 30, 2022